Motion by DRI—The Voice of the Defense Bar for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

CHRISTOPHER PEAT, Respondent, v FORDHAM HILL OWNERS CORPORATION, Appellant, and FORDHAM HILL LEASING COMPANY, Respondent, et al., Defendants. (And Third-Party Actions.)

Submitted April 14, 2014; decided May 13, 2014

Motion by the Defense Association of New York, Inc. for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

CHRISTOPHER PEAT, Respondent, v FORDHAM HILL OWNERS CORPORATION, Appellant, and FORDHAM HILL LEASING COMPANY, Respondent, et al., Defendants. (And Third-Party Actions.)

Submitted April 14, 2014; decided May 13, 2014

Motion by Law Reform Alliance of New York et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT JONES, Appellant, v DANIEL F. MARTUSCELLO, as Superintendent of Coxsackie Correctional Facility, Respondent.

Submitted April 14, 2014; decided May 13, 2014

On the Court's own motion, appeal, insofar as taken from the November 2013 Appellate Division order, dismissed, without costs, upon the ground that no substantial constitutional question is directly involved; appeal, insofar as taken from the February 2014 Appellate Division order, dismissed, without costs, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.